| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>Attorneys for Plaintiff<br>POWERSECURE, INC. | COLLINS COLLINS MUIR + STEWART LLP<br>EDWARD J. RIFFLE - # 193983<br>eriffle@ccmslaw.com<br>JASON Y. CHAO - # 250735<br>jchao@ccmslaw.com<br>750 The City Drive Suite 400<br>Orange, CA  92868<br>Telephone: 714-823-4100<br>Facsimile: 714-823-4101<br><br>Attorneys for Defendant<br>ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERSECURE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING),<br><br>　　　　　Defendant. | Case No. 4:19-cv-8002-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept.:　　Courtroom 2, 4th Floor<br>Judge:　　Haywood S. Gilliam, Jr.<br>Date Filed: December 5, 2019<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Pursuant to N.D. Civ. L.R. 6-2 and the accompanying declaration of Michelle Ybarra, the |
| 2 | parties hereby stipulate as follows: |
| 3 | WHEREAS, a Case Management Conference was set by the Court on March 10, 2020; |
| 4 | WHEREAS, counsel for Plaintiff has a pre-scheduled court appearance in another matter |
| 5 | in another state that conflicts with the Case Management Conference; |
| 6 | WHEREAS counsel for Defendant has agreed to jointly seek a continuance of the Case |
| 7 | Management Conference; |
| 8 | WHEREAS counsel for both parties are available on March 17, 2020 or March 24, 2020; |
| 9 | NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through |
| 10 | their respective counsel of record, that the March 10, 2020 Case Management Conference be |
| 11 | continued to March __, 2020, at 2:00 p.m. |
| 12 | IT IS SO STIPULATED. |

Dated: February 19, 2020          KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle Ybarra*
MICHELLE YBARRA
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Plaintiff
POWERSECURE, INC.

Dated: February 19, 2020          COLLINS COLLINS MUIR + STEWART LLP

By: */s/ Jason Y. Chao*
EDWARD J. RIFFLE
JASON Y. CHAO

Attorneys for ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING)

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO |
| 3 | ORDERED.  The case management conference is continued to March 24, 2020 at 2:00 |
| 4 | p.m. |
| 5 | Dated:  2/20/2020 |
| 6 | Honorable Haywood S. Gilliam, Jr. |