Edward J. Riffle, Esq. (State Bar No. 193983)
Jason Y. Chao, Esq. (State Bar No. 250735)
COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
Email:  eriffle@ccmslaw.com
Email:  jchao@ccmslaw.com

Attorneys for Defendant ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING)

KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff POWERSECURE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE**

| | |
|---|---|
| POWERSECURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING), <br><br> Defendants. | CASE NO. 4:19-cv-08002-HSG <br> [Assigned to Hon. Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor] <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR; ~~PROPOSED~~ ORDER** <br><br> **Complaint Filed:  December 6, 2019** <br> **Trial Date:          None** |

22147

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR**

PLEASE TAKE NOTICE that the parties hereby stipulate as follows:

WHEREAS, on April 7, 2020, the parties to this action filed a joint Stipulation and [proposed] Order Selecting ADR Process pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 electing to participate in Private ADR in the form of private mediation with a provider to be agreed upon by the parties at a later time.

WHEREAS, the parties also agreed to hold the ADR session by the presumptive deadline of 90 days from the date of the order referring the case to ADR (herein, July 7, 2020).

WHEREAS, the parties have now agreed to the selection of mediator Hon. Scott Snowden (Ret.) of JAMS to mediate this matter.

COME NOW, THE PARTIES STIPULATE AS FOLLOWS:

The parties hereby respectfully request that the deadline to hold the ADR session in this matter be extended by 45 days from the current deadline of July 7, 2020 to August 21, 2020 or any day thereafter convenient to the court.

Good cause supports this requested extension of time as the parties remain concerned about the potential effects of the COVID-19 outbreak and have been delayed as a result. Specifically, the counties where Plaintiff and Defendant, their respective counsel and involved insurance carrier representatives reside have all been subject to elevated precautions regarding social distancing and/or shelter-in-place orders related to the outbreak creating a still-existing level of uncertainty about the ability of the

*22147*

2
**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR**

parties to mediate this matter by the current deadline.

The parties are now considering and evaluating alternatives to an in-person mediation including but not limited to mediation with Judge Snowden via remote technology (such as zoom video conferencing).

Moreover, the parties also believe that the additional time will allow the parties to participate in a mediation session that maximizes the possibility of resolving their issues in dispute.

IT IS SO STIPULATED.

DATED:  June 8, 2020                COLLINS COLLINS MUIR + STEWART LLP


By:  /s/ JASON Y. CHAO
     EDWARD J. RIFFLE
     JASON Y. CHAO
     Attorneys for Defendant ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING)

DATED:  June 8, 2020                KEKER, VAN NEST & PETERS, LLP


By:  /s/ MICHELE YBARRA
     MICHELE YBARRA
     CHRISTOPHER S. SUN
     CHRISTINA LEE
     Attorneys for Plaintiff POWERSECURE, INC.

*22147*

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR**

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the ADR completion deadline is now continued from July 7, 2020 to August 21, 2020.

Dated: ___6/9/2020___

*[signature: Haywood S. Gilliam Jr.]*

Hon. Haywood S. Gilliam, Jr.

*22147*

4

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR**