| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Plaintiff<br>POWERSECURE, INC. | COLLINS COLLINS MUIR + STEWART LLP<br>EDWARD J. RIFFLE - # 193983<br>eriffle@ccmslaw.com<br>JASON Y. CHAO - # 250735<br>jchao@ccmslaw.com<br>750 The City Drive Suite 400<br>Orange, CA  92868<br>Telephone: 714-823-4100<br>Facsimile: 714-823-4101<br><br>Attorneys for Defendant<br>ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERSECURE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING),<br><br>       Defendant. | Case No. 4:19-cv-8002-HSG<br><br>**REQUEST FOR DISMISSAL;<br>ORDER OF DISMISSAL**<br><br>Dept.:       Courtroom 2, 4th Floor<br>Judge:       Haywood S. Gilliam, Jr.<br>Date Filed: December 5, 2019<br>Trial Date: None Set |

REQUEST FOR DISMISSAL; ORDER OF DISMISSAL
Case No. 4:19-cv-8002-HSG

1390616

WHEREAS, Plaintiff PowerSecure, Inc. and Defendant Art Alger, Inc. (d/b/a Peninsula Crane and Rigging) (collectively, "the Parties") completed a one-day mediation before the Judicial Arbitration and Mediation Services (JAMS) on August 6, 2020;

WHEREAS, following the mediation, the Parties fully executed a settlement agreement resolving all claims in the above-captioned action on September 1, 2020 (the "Settlement Agreement");

WHEREAS, Defendant filed a Conditional Notice of Settlement on August 13, 2020;

WHEREAS, the Parties wish to dismiss this case with prejudice, but wish the Court to retain jurisdiction to enforce the terms of the Settlement Agreement;

NOW, THEREFORE, the Parties hereby stipulate as follows:

The Parties request that the Amended Complaint be dismissed with prejudice subject to the following condition: pursuant to California Code of Civil Procedure section 664.6, the Parties request and agree that the Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement until there is full performance of the terms therein.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 1, 2020 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: /s/ Christopher Sun |
| | | MICHELLE YBARRA |
| 4 | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| 5 | | |
| | | Attorneys for Plaintiff |
| 6 | | POWERSECURE, INC. |
| 7 | | |
| 8 | Dated: September 1, 2020 | **PLAINTIFF POWERSECURE, INC.** |
| 9 | | |
| 10 | | By: /s/ Jim Smith |
| | | JIM SMITH |
| 11 | | Chief Operating Officer |
| | | POWERSECURE, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: | COLLINS COLLINS MUIR + STEWART LLP |
| 15 | | |
| 16 | | By: |
| 17 | | EDWARD J. RIFFLE |
| | | JASON Y. CHAO |
| 18 | | Attorneys for ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING) |
| 19 | | |
| 20 | Dated: 12/21/2020 | **DEFENDANT ART ALGER, INC.** |
| 21 | | |
| 22 | | By: /s/ Karen Alger |
| 23 | | KAREN ALGER |
| | | Owner |
| 24 | | ART ALGER, INC. (D/B/A PENINSULA CRANE AND RIGGING) |

2

REQUEST FOR DISMISSAL; ORDER OF DISMISSAL
Case No. 4:19-cv-8002-HSG

1390616

# ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 21, 2020 _____

## ORDER

The Court, having reviewed the above stipulation of the Parties and being familiar with the record of this case, dismisses this action with prejudice. However, pursuant to California Code of Civil Procedure § 664.6 and any other relevant statutory provisions, and the Parties' above stipulation, the Court retains jurisdiction over the case and over the Parties personally for such further orders, hearings, and other proceedings as may be necessary and appropriate to enforce the terms of the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 1/4/2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge