Edward J. Riffle, Esq. (State Bar No. 193983)
Jason Y. Chao, Esq. (State Bar No. 250735)
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  eriffle@ccmslaw.com**
**Email:  jchao@ccmslaw.com**

Attorneys for Defendant
ART ALGER, INC. DBA PENINSULA CRANE AND RIGGING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| POWERSECURE, INC., | CASE NO. 4:19-CV-08002-HSG |
| | [Assigned to Judge Haywood S. Gilliam, Jr. |
| Plaintiff, | San Jose Courthouse, Courtroom 2, 6th |
| | Floor] |
| v. | |
| | **REQUEST FOR DISMISSAL OF** |
| ART ALGER, INC. (D/B/A | **DEFENDANT'S CROSS-CLAIM;** |
| PENINSULA CRANE AND | **ORDER OF DISMISSAL** |
| RIGGING), | |
| Defendants. | |

*22147*

1

**REQUEST FOR DISMISSAL OF DEFENDANT'S CROSS-CLAIM;**
[PROPOSED] **ORDER OF DISMISSAL**

**TO PLAINTIFF AND ITS ATTORNEY OF RECORD HEREIN:**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please be advised that Defendants, ART ALGER, INC. DBA PENINSULA CRANE AND RIGGING, pursuant to Settlement, request that its Cross-Complaint against unidentified ROES 1-10 (Dkt. 14) be dismissed with prejudice subject to the following condition: pursuant to California Code of Civil Procedure section 664.6, the Parties request and agree that the Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement until there is full performance of the terms therein.

Respectfully submitted,

DATED: December 31, 2020          COLLINS COLLINS MUIR + STEWART LLP

By: _____
JASON Y. CHAO
EDWARD J. RIFFLE
Attorneys for Defendant ART ALGER,
INC. DBA PENINSULA CRANE AND
RIGGING

*22147*

2

**REQUEST FOR DISMISSAL OF DEFENDANT'S CROSS-CLAIM;
ORDER OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having reviewed the above stipulation of the Parties and being familiar with the record of this case, dismisses this action with prejudice. However, pursuant to California Code of Civil Procedure § 664.6 and any other relevant statutory provisions, and the Parties' above stipulation, the Court retains jurisdiction over the case and over the Parties personally for such further orders, hearings, and other proceedings as may be necessary and appropriate to enforce the terms of the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 1/4/2021

**HON. HAYWOOD S. GILLIAM, JR.**
**United States District Judge**

*22147*

3

**REQUEST FOR DISMISSAL OF DEFENDANT'S CROSS-CLAIM;**
**ORDER OF DISMISSAL**

COLLINS COLLINS
MUIR + STEWART LLP